**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ROBIN LILLEY**

    **Plaintiff,**

**v.**                                                       **Case No. 8:12-cv-2144-T-23TBM**

**AMERICAN DERMATOLOGY**
**ASSOCIATES, INC.,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

THIS MATTER is before the Court on the *pro se* Plaintiff's **Affidavit of Indigency** (Doc. 2), which the Court construes as a motion to proceed *in forma pauperis.* Upon review and consideration of the Affidavit of Indigency (Doc. 2), I recommend that the motion be **DENIED.** Plaintiff earns $2,080 each month and has $2,000 in savings. She has monthly expenditures amounting to $1,300. While she owes $21,000 to creditors, she does not make monthly payments towards the debts. Thus, a comparison of the income versus monthly expenses indicates that Plaintiff has the wherewithal to pay the filing fees in this cause.

For these reasons, I recommend that the Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) be **DENIED**.

                                                  Respectfully submitted on this
                                                5th day of October 2012,

                                                THOMAS B. McCOUN III
                                                UNITED STATES MAGISTRATE JUDGE

## **NOTICE TO PARTIES**

Failure to file written objections to the proposed findings and recommendations contained in this report within ten days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal and a *de novo* determination by a district judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; M.D. Fla. R. 6.02; *see also* Fed. R. Civ. P. 6; M.D. Fla. R. 4.20.

Copies to:
United States District Judge
Counsel of Record