UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBIN LILLEY,

    Plaintiff,

v.                                                    CASE NO.  8:12-cv-2144-T-23TBM

AMERICAN DERMATOLOGY
ASSOC., INC.,

    Defendant.
_____/

## **ORDER**

The plaintiff moves (Doc. 2) for leave to proceed *in forma pauperis*. Magistrate Judge Thomas B. McCoun considered the motion (Doc. 2) and issued (Doc. 4) a report recommending denial of the motion because the plaintiff "has the financial wherewithal to pay the filing fees." The plaintiff files no timely objection.

The Magistrate Judge's report (Doc. 19) is factually and legally sound and is **ADOPTED**, and the plaintiff's motion (Doc. 2) is **DENIED**. On or before November 7, 2012, the plaintiff may pay the filling fee to maintain this action, failing of which will result in the dismissal of this action without further notice.

ORDERED in Tampa, Florida, on October 30, 2012.

                                                                          STEVEN D. MERRYDAY
                                                                      UNITED STATES DISTRICT JUDGE